UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action

No: 1:26-cv-12591-NMG

Petitioner

Ednei Da Silva Almeida

v.

Respondent

Antone Moniz et al

Order of Dismissal

GORTON, D.J.

In accordance with the Status Report entered on June 23, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Nicole Cowan

Docket Clerk

June 24, 2026